An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DUCK CREEK PROPERTIES, LLC, A NEVADA LIMITED LIABILITY COMPANY; CHARLES L. CLAYTON, AN INDIVIDUAL; DALE M. EGGERS, AN INDIVIDUAL; LAWRENCE E. LARSON, AN INDIVIDUAL; AND TERRENCE F. ONO, AN INDIVIDUAL,
Appellants,
vs.
CITY NATIONAL BANK, A NATIONAL BANKING ASSOCIATION, IN ITS CAPACITY AS AN ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF SUN WEST BANK FROM THE FEDERAL DEPOSIT INSURANCE CORPORATION ACTING AS RECEIVER,
Respondent.

No. 61328

FILED

SEP 16 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

DUCK CREEK PROPERTIES, LLC, A NEVADA LIMITED LIABILITY COMPANY; CHARLES L. CLAYTON, AN INDIVIDUAL; DALE M. EGGERS, AN INDIVIDUAL; LAWRENCE E. LARSON, AN INDIVIDUAL; AND TERRENCE F. ONO, AN INDIVIDUAL,
Appellants,
vs.
CITY NATIONAL BANK, A NATIONAL BANKING ASSOCIATION, IN ITS CAPACITY AS AN ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF SUN WEST BANK FROM THE FEDERAL DEPOSIT INSURANCE CORPORATION ACTING AS RECEIVER,
Respondent.

No. 61723

SUPREME COURT
OF
NEVADA

(O) 1947A

14·30578

DUCK CREEK PROPERTIES, LLC, A NEVADA LIMITED LIABILITY COMPANY; CHARLES L. CLAYTON, AN INDIVIDUAL; DALE M. EGGERS, AN INDIVIDUAL; LAWRENCE E. LARSON, AN INDIVIDUAL; AND TERRENCE F. ONO, AN INDIVIDUAL,
Appellants,
vs.
CITY NATIONAL BANK, A NATIONAL BANKING ASSOCIATION, IN ITS CAPACITY AS AN ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF SUN WEST BANK FROM THE FEDERAL DEPOSIT INSURANCE CORPORATION ACTING AS RECEIVER,
Respondent.

No. 61904

## *ORDER OF AFFIRMANCE*

These are consolidated appeals from a district court summary judgment in a deficiency and guarantor action and from a post-judgment order awarding attorney fees and costs. Eighth Judicial District Court, Clark County; Elizabeth Goff Gonzalez, Judge.

Appellants acknowledge that this court's opinion in *Sandpointe Apartments, LLC v. Eighth Judicial District Court*, 129 Nev. ___, 313 P.3d 849 (2013), confirms the propriety of the order appealed in Docket No. 61328. We decline appellants' invitation to reconsider the *Sandpointe* decision, and we therefore affirm the district court's summary judgment in Docket No. 61328.

Appellants next contend that the district court's award of attorney fees appealed in Docket No. 61723 was unreasonable. Specifically, they contend that the award was too high because the district court awarded fees for (1) the work of two attorneys, (2) tasks that had

been partially redacted, and (3) tasks that were unnecessary. Having considered appellants' arguments and the district court's rejection of these same arguments, we conclude that the district court was within its discretion in rendering the award that it did. *Brunzell v. Golden Gate Nat'l Bank*, 85 Nev. 345, 349-50, 455 P.2d 31, 33-34 (1969). Accordingly, we affirm the attorney fees award in Docket No. 61723.

It is so ORDERED.[1]

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Elizabeth Goff Gonzalez, District Judge
Thomas J. Tanksley, Settlement Judge
Schwartzer & McPherson Law Firm
Holland & Hart LLP/Las Vegas
Eighth District Court Clerk

---

[1]Appellants do not raise any arguments that specifically relate to the appealed judgment in Docket No. 61904. Because we affirm the appealed orders in Docket Nos. 61328 and 61723, we necessarily affirm the judgment in Docket No. 61904.